AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD    S/A GEOFF SWINNERTON (FBI) 305-944-9101

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EVERTON LINCOLN LANGLEY

**WARRANT FOR ARREST**

CASE NUMBER: **00-6325**

CR - DIMITROULEAS

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EVERTON LINCOLN LANGLEY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Bank Fraud, False Statement on a Loan and Credit Application, Credit Card Fraud, and False Statements

in violation of Title _18_ United States Code, Section(s) _1344, 1014, 1029, and 1001_

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 21, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |