## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | EVERTON LANGLEY (J) | CASE NO: | 00-6325-CR-DIMITROULEAS |
| AUSA: | LARRY BARDFELD | ATTY: | no appearance |
| AGENT: | FBI | VIOL: | 18:1344 |
| PROCEEDING: | I/A ON Indictment | RECOMMENDED BOND: | $50,000 CSB |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | NONE |

BOND SET @: $100,000.00    To be cosigned by: defendant's sister

Personal Surety Bond

- Defendant released
- Defendant's sister must appear on 11-24-00 to co-sign Bond.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-24-00 | 11:00 | Seltzer | |
| PTD/BOND HEARING: | 11-24-00 | 11:00 | Seltzer | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-24-00 | 11:00 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 11/22/00   TIME: 11:00   FTL/BSS TAPE # 00   ___ Begin   End.

