AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD    S/A GEOFF SWINNERTON (FBI) 305-944-9101

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**    52 3853

UNITED STATES OF AMERICA

V.

EVERTON LINCOLN LANGLEY

**WARRANT FOR ARREST**

CASE NUMBER: **00-6325**

CR - DIMITROULEAS

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EVERTON LINCOLN LANGLEY _____
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Bank Fraud, False Statement on a Loan and Credit Application, Credit Card Fraud, and False Statements

in violation of Title 18 United States Code, Section(s) 1344, 1014, 1029, and 1001

CLARENCE MADDOX
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

November 21, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 11/21/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
| DATE OF ARREST 11/22/00 | | |