## COURT MINUTES

**U.S. MAGISTRATE JUDGE** ~~LURANA S. SNOW~~ BARRY SELTZER **- FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | EVERTON LANGLEY (B) | CASE NO: | 00-~~6255~~ 6325-CR-DIMITROULEAS |
| AUSA: | Bertha Mitrani *for Jarry Bardfeld* | ATTY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry Re Counsel/Arraignment/Bond Signature | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no         COUNSEL APPOINTED: _____

BOND SET @: _____                   To be cosigned by: _____

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*sister advised of Conditions of bond*

*needs more time to get atty — possibly atty. Greg Goldleon*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-28-00 | 11:00 am | BSS | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-28-00 | 11:00 am | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 11/24/00   TIME: 11:00 AM   FTL/LSS TAPE # 00 - 093   Begin: ___   End: ___

3857-3896
00-094
1 - 113