U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Everton Langley (B)  
CASE NO: 00-6325-CR-Dimitrouleas  
AUSA: Larry Bardfeld  present  
ATTNY: Atty. Goldblum maybe retained  
AGENT:  
VIOL:  
PROCEEDING: Inquiry re Counsel/ Arraignment  
BOND REC:  
BOND HEARING HELD - yes/no  
COUNSEL APPOINTED:  
___ BOND SET @  
CO-SIGNATURES:  
SPECIAL CONDITIONS:  

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
     ___ Electronic Monitoring

Δ - needs more time  
matter reset

NEXT COURT APPEARANCE:  
INQUIRY RE COUNSEL: DATE: 12-5-00   TIME: 11:00   JUDGE: SNOW  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL: 12-5-00   11:00   SNOW  
STATUS CONFERENCE:  

DATE: 11-28-00   TIME: 11:00am  end 12:10pm   TAPE # 00-094   PG # 2520-2582