## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: EVERTON LANGLEY (B)  CASE NO: 00-6325-CR-DIMITROULEAS

AUSA: LARRY BARDFELD  /Thompson/  ATTY: Barry Goldbloom

AGENT: _____  VIOL: _____

PROCEEDING: INQ RE CNSL / ARRAIGNMENT  RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no  COUNSEL APPOINTED: _____

BOND SET @: _____  To be cosigned by: _____

FILED by DEC - 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12/28 | 11 | 655 | ✓ |

DATE  12/5/00  TIME:  11:00  FTL/LSS TAPE # 00 - 062  Begin: 1  End: 41

