UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6325-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

EVERTON LANGLEY

ARRAIGNMENT INFORMATION SHEET

[FILED DEC 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 5, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: _bond form_____

DEFENSE COUNSEL:  Telephone: _____
                  Name: _Bradley Goldbloom_____
                  Address: _____

                  Telephone: _____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this __5TH__ day of __DECEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _[signature]_____
Deputy Clerk

Tape No. __00-062__

cc: Copy for Judge
    U. S. Attorney

