IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO.: 00-6325-CR-DIMITROULEAS
     MAGISTRATE JUDGE: SNOW

EVERTON LINCOLN LANGLEY
Defendant
_____/

### *NOTICE OF PERMANENT APPEARANCE*

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, EVERTON LINCOLN LANGLEY in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

Respectfully submitted,

Dated  12-5-00

Bradley A. Goldbloom, Esq. (#0085018)
Attorney For Defendant
Courthouse Square - Suite 201
200 S.E. Sixth Street
Fort Lauderdale, Florida 33301
Ph. (954) 764-6800
Fax (954) 779-3908

