HONORABLE MAGISTRATE JUDGE BARRY S. SELTZER

STATUS CONFERENCE

FILED by D.C.
DEC 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __EVERTON LANGLEY_____  CASE NO: __00-6325-DIMITROULEAS__
AUSA __LARRY BARDFELD__ /Kaplan  ATTY __BARRY GOLDBLOOM__ -pres

Disc cut - No pending motions
possible plea - disc not rec'd
00-101
@ 3050

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____

DATE __12/28/00_____  TIME __11:00_____

3/16