UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6325-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

EVERTON LANGLEY,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on December 28, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require four days to try. A plea agreement, however, remains a possibility.

2.  Defense counsel informed the Court that he has not yet received the Government's discovery response; he will contact the prosecutor if it is not received within

1



the next few days. Further, defense counsel concurred that this matter may possibly be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this ____ day of December 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Larry Bardfeld, Esquire
Assistant United States Attorney

Bradley A. Goldbloom, Esquire
200 SE 6th Street, Suite 305
Fort Lauderdale, Florida 33301
Federal Public Defender's Office
Attorney for Defendant