IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

01 JAN -3 PM 1:38

UNITED STATES OF AMERICA

v.  CASE NO.: 00-6325-CR-DIMITROULEAS
MAGISTRATE JUDGE: SNOW

EVERTON LANGLEY,
Defendant.
_____/

## *UNOPPOSED MOTION FOR CONTINUANCE*

COMES NOW the Defendant EVERTON LANGLEY, by and through his attorney, Bradley A. Goldbloom, Esquire, and pursuant to the Federal Rules of Criminal Procedure (FRCrP) and Local Rule Rules 7.1 (Motions, general), 88.9 (Motions, criminal) and 88.5 (Speedy Trial), hereby moves this Honorable Court for a continuance of the calendar call and trial date. In order to facilitate said request, Defendant hereby waives the provisions of the Speedy Trial Act, and says as follows:

1. The Defendant was arrested on or about November 23, 2000, pursuant to the Grand Jury retuning a four (4) count Indictment.

2. There is a Calendar Call currently scheduled for January 12, 2001, with the two (2) week trial period beginning on January 16, 2001.

3. Both the Government and the Defendant contemplate this matter resolving itself by way of a plea, however, more time is needed in which to hammer out the specifics.



4. AUSA Laurence Bardfeld has been contacted and has no objection to this Court granting the Motion for Continuance, allowing additional time for the parties to conclude the matter.

5. Although the Speedy Trial Act does not contain an express provision allowing the Defendant to waive the time requirements, to the extent permitted by law and Local Rule 88.5, the Defendant hereby waives the right to be brought to trial within seventy (70) days from his initial appearance.

6. The granting of this continuance will serve the "ends of justice".

Respectfully submitted,

Dated /-2-01

Bradley A. Goldbloom, Esq. (#0055018)
Attorney For Defendant
Courthouse Square — Suite 201
200 S.E. Sixth Street
Fort Lauderdale, Florida 33301
Ph. (954) 764-6800
Fax (954) 779-3908

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of Jan, 2001, a copy of the foregoing UNOPPOSED MOTION FOR CONTINUANCE, was mailed first class, postage prepaid, to AUSA Laurence Bardfeld, Office of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

Bradley A. Goldbloom, Esquire