UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6325-CR-DIMITROULEAS

    Plaintiff,

vs.

EVERTON LANGLEY,

    Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's Unopposed Motion For

Continuance [DE-18], it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bradley Goldbloom, Esquire
200 S.E. 6th Street, #201
Ft. Lauderdale, FL 33301

Laurence Bardfeld, AUSA

