**CRIMINAL MINUTES**

FILED ___ D.C.
JAN 12 ___
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6325-CR-WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA vs. Creston Lincoln Kingley

U.S. ATTORNEY: Laurence Bardfeld    DEFT. COUNSEL: Bradley Hartblossm

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court grants motion & resets trial & finds the time from today until deemed excludable.

CASE CONTINUED TO: 2/2    TIME: 9:00    FOR: Cal. Call
MISC: 2/5    2 week trial period

