UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6325-CR-DIMITROULEAS
　　　　Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

EVERTON LINCOLN LANGLEY

　　　　Defendant.
_____/

This matter having come before the Court on January 12, 2001 on Defendant's Motion to

Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing February 5, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case

may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on

**February 2, 2001, at 9:00** A.M. o'clock.. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___12___ day of January, 2001.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　Southern District of Florida

cc:  Laurence Bardfeld, AUSA
　　　Bradley Goldbloom, Esq.