## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FEB 0 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6325-CR-WPD   DATE: February 2, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Everton Lineker Langley

U.S. ATTORNEY: Terry Bradfield   DEFT. COUNSEL: Bradley Hacobson

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Gvt agrees to dismiss Counts 2-4 at time of sentencing. Court accepts Guilty plea.

CASE CONTINUED TO: 4/13/01   TIME: 11:30   FOR: 11:30

MISC: Written plea agreement filed.