IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                               CASE NO.: 00-6325-CR-DIMITROULEAS

EVERTON LINCOLN LANGLEY
           Defendant
_____/

### OBJECTION(S) TO PRESENTENCE IVESTIGATION REPORT

COMES NOW the Defendant EVERTON LINCOLN LANGLEY, by and through his attorney, Bradley A. Goldbloom, Esquire, and pursuant to the Federal Rules of Criminal Procedure (FRCrP), hereby notes the following objection(s) to the *Presentence Investigation Report.*

**OBJECTION NO.: 1.**

The Defendant, Everton Lincoln Langley, objects to the last sentence in **Paragraph 8** of the *Presentence Investigation Report.* The *Burdines* and *Macy's* credit card accounts, acquired by the defendant, have never been in default and have recently been paid in full.

**OBJECTION NO.: 2.**

The Defendant, Everton Lincoln Langley, objects to the fourth (4th) sentence in **Paragraph 10** of the *Presentence Investigation Report.* For the same reason stated in Objection 1, the Defendant asserts that neither *Macy's* nor *Burdines* incurred any losses, as those accounts never became delinquent.



**OBJECTION NO.: 3.**

Although the Defendant, Everton Lincoln Langley, does not object to the last sentence in **Paragraph 10** of the *Presentence Investigation Report* (FNB suffered a loss of $475.00), Mr. Langley has recently made restitution to FNB in said amount.

Dated 3/22/01

Respectfully submitted,

Bradley A. Goldbloom, Esq. (#0055018)
Attorney For Defendant
One Financial Plaza — Ste. 1615
Fort Lauderdale, Florida 33301
Ph. (954) 764-6800

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on this 22nd day of March, 200 1, a copy of the foregoing OBJECTION(S) TO PRESENTENCE IVESTIGATION REPORT was hand delivered/mailed first class, postage prepaid, to Dedra Pratt, U.S. Probation Officer, 299 E. Broward Blvd., Rm. 409, Ft. Lauderdale, Florida 33301-1865, and to AUSA Laurence Bardfeld, Office of the United States Attorney, 500 E. Broward Boulevard — 7th Floor, Ft. Lauderdale, Florida 33394.

Bradley A. Goldbloom, Esquire