## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED /*D*/ D.C.
APR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6325-CR-WPD  DATE: April 13, 2001

COURTROOM CLERK: Karen A. Carlton  COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Croston Kinesen Langley

U.S. ATTORNEY: Terry J. Bansfield  DEFT. COUNSEL: Bad Holdbroom

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Time served, 3 years Supervised Release, 50 hours (per year) of Community Service, no Fine, $100 Assessment.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Dft Informed of Right to Appeal.