# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EVERTON LINCOLN LANGLEY | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>**Case Number: 00-6325-CR-WPD**<br>Counsel For Defendant: **Bradley Goldbloom, Esq**<br>Counsel For The United States: **Laurence Bardfeld, AUSA**<br>Court Reporter: **Anita LaRocca** |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) ONE

[ ] pleaded nolo contendere to count(s) which was accepted by the court.

[ ] Was found guilty on count(s) after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1344 | Bank Fraud | 5/4/1999 | One |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s)  All Remaining (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **11/20/1963**
Defendant's USM Number: **55560-004**

Defendant's Residence Address:
206 Lake Pointe Drive, #206

Ft. Lauderdale, FL 33309

Defendant's Mailing Address:
206 Lake Pointe Drive, #206

Ft Lauderdale, FL 33309

**April 13, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 4/13/01

USA
VS
Everton Lincoln Langley

00-6325 CR WPD

Subject Out on Bond since 11/22/2000.

**No further action required by the U.S. Marshals Service.**

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM   FRED DE POMPA

01 APR 18 PM 12:05