IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO.: 00-6325-CR-DIMITROULEAS
    MAGISTRATE JUDGE: SNOW

EVERTON LANGLEY,
        Defendant
_____/



### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND DISCHARGE OF DEFENDANT

COMES NOW the Defendant EVERTON LANGLEY, by and through his attorneys, Bradley A. Goldbloom and KREISS & GOLDBLOOM, L.L.P., and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure (FRCrP) and 18 U.S.C. § 3583 (e)(1), hereby moves this Honorable Court for an early termination of his supervised release. In support of this Motion, the Defendant would assert the following:

1. On February 2, 2001, the Defendant tendered a Guilty plea to one count of Bank Fraud.

2. On April 13, 2001, the Defendant was sentenced to be imprisoned for the time he had already served, followed by 6 months of Supervised Release; a $100.00 Special Assessment; and 150 hours of community service. Counts 2, 3, and 4 were dismissed by the government.

3. More than one year has elapsed since the Defendant was placed on Supervised Release and, in fact, the Defendant has served almost 22 of the 36 months of supervision.



4. While on Supervised Release, the Defendant has paid the required $100.00 Special Assessment; completed the required 150 hours of community service by performing more than 300 hours at the "Wildlife Care Center" (see copy of 12-13-02 letter, attached hereto as Ex. "A"); and has maintained employment at "Marcom Technologies".

5. The Defendant is also pursuing his Masters Degree at FIU.

6. Undersigned counsel has communicated the contents of this Motion to AUSA Jeffrey Sloman, who deferred to the recommendation of the Probation Office.

7. Undersigned counsel has communicated the contents of this Motion to USPO Warren Metcalf (Hollywood office), who indicated that his office would oppose such a request, but that the Defendant was in compliance.

8. While on Supervised Release, the Defendant has exhibited exemplary conduct.

9. The granting of this Motion is in the *interest of justice.*

Respectfully submitted,

Dated /-14-03

_____
Bradley A. Goldbloom, Esq. (#0055018)
Attorney for Defendant
1 Financial Plaza—Ste. 1611
Fort Lauderdale, Florida 33394
Ph. (954) 525-1971
Fax (954) 525-1978

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __14th__ day of __Jan__, 2003, copy of the foregoing *MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND DISCHARGE OF DEFENDANT*, was mailed first class, postage prepaid, to AUSA Jeffrey Sloman, Office of the United States Attorney, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

_____
Bradley A. Goldbloom, Esquire

3

# WILDLIFE CARE CENTER

*HELP FOR INJURED WILDLIFE*

Incorporated in 1969
as S.P.C.A. of
Broward County, Inc.

**Board of Directors**

Robert Pope
*President*

Ardath Rosengarden
*Vice President and Treasurer*

Jennifer Cohen
*Secretary*

Jeffrey Arciniaco

Pam Huizenga

Lt. Sherry Schlueter

Steve Dudas
*Executive Director*

December 13, 2002

To Whom It May Concern:

This letter serves as a recommendation for Everton Langley. We are delighted that he has selected to spend his free time in service to our facility. Remarkably, he has contributed some 317 hours of volunteer service to our Center since June of 2001.

Mr. Langley demonstrates a keen interest in wildlife and environmental issues. He is eager to learn and enthusiastically embraces the challenges that come with mastering a new skill. Always helpful and friendly, Mr. Langley is well liked by his fellow volunteers and our Center's staff.

It is with confidence that I offer this letter of reference on his behalf. I feel certain that Mr. Langley will be an asset to any organization or business fortunate enough to attract his interest. If you have any questions, please feel free to contact me at: (954) 343-0758

Sincerely,

Sonia Hedrick
Volunteer Manager



Ex. "A"



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO.: 00-6325-CR-DIMITROULEAS
MAGISTRATE JUDGE: SNOW

EVERTON LANGLEY,
    Defendant.
_____/

## *ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND DISCHARGE OF DEFENDANT*

After having read the foregoing Motion, and in considering its merits, balancing the Rights of the Defendant with the Interests of Justice, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion For Early Termination of Supervised Release be, and the same is hereby **GRANTED**, and it is further

**ORDERED AND ADJUDGED** that the Defendant is hereby discharged in the above-styled cause.

**DONE AND ORDERED** in open court, at Ft. Lauderdale, Florida.

_____
U.S. District Court Judge

Copies to:
Bradley A. Goldbloom, Esquire
Office of the United States Attorney