IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6325-CR-DIMITROULEAS
    Plaintiff,  Magistrate Judge Snow

v.

EVERTON LANGLEY,

    Defendant.
_____/

FILED by ___ D.C.
JAN 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE AND DISCHARGE OF DEFENDANT

**THIS CAUSE** having been heard upon Defendant's January 14, 2003 Motion, and after having read the foregoing Motion, and in considering its merits, balancing the Rights of the Defendant with the Interests of Justice, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Early Termination of Supervised Release be, and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Florida, this 14 day of January, 2003.

_____
WILLIAM P. DIMITROULEAS
U.S. District Court Judge

copies furnished to:

Bradley A. Goldbloom, Esquire
One Financial Plaza #1611
Ft. Lauderdale, FL 33394

Jeffrey Sloman, AUSA

Warren Metcalf, U.S.P.O.

